**FILED**
December 18, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )       Case No. MAG. 09-0364-EFB
            Plaintiff,              )
v.                                  )
                                    )       ORDER FOR RELEASE OF
LISA KAY GRECO,                     )       PERSON IN CUSTODY
            Defendant.              )
                                    )

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release LISA KAY GRECO, Case No. MAG. 09-0364-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $50,000.00

    _X_ Unsecured Appearance Bond

    ___ Appearance Bond with Surety

    _X_ (Other) Conditions as stated on the record.

    ___ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  12/18/09  at  2:24pm .

By _____
Edmund F. Brennan
United States Magistrate Judge