```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  RACHELLE D. BARBOUR, Bar #185395
    Research and Writing Attorney
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    LISA KAY GRECO
 7

 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. MAG-09-364-EFB |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| | ) |
| LISA KAY GRECO, | ) Date:  January 7, 2010 |
| | ) Time:  2:00 p.m. |
| Defendant. | ) Judge: Hon. Dale A. Drozd |
| _____ | ) |

It is hereby stipulated and agreed to between the United States of America through PAUL HEMESATH, Assistant U.S. Attorney, and defendant, LISA KAY GRECO, by and through her counsel, RACHELLE BARBOUR, of the Federal Defender's Office, that the hearing of December 31, 2009 be vacated and continued for further hearing to January 7, 2010 at 2:00 p.m. for status on a Rule 20 proceeding.

This continuance is being requested to provide additional time for the parties to discuss the possibility of a Rule 20 transfer to Sacramento, and for the government to obtain the necessary authorization to do so.

1  To afford time to complete these tasks, the parties agree that
2 speedy trial time be excluded from the date of this order through the
3 date of the hearing set for January 7, 2010 pursuant to
4 18 U.S.C. § 3161(h)(G)[pending transfer from other district](Local Code
5 F) and 18 U.S.C. § 3161(h)(8)(B)(iv) [reasonable time to prepare]
6 (Local Code T4).

7 Dated:   December 30, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender


/s/ Rachelle Barbour
_____
RACHELLE BARBOUR
Research and Writing Attorney
Attorney for Defendant
LISA KAY GRECO



BENJAMIN WAGNER
United States Attorney

17 Dated:   December 30, 2009      /s/ Rachelle Barbour for
_____
PAUL HEMESATH
Assistant U.S. Attorney


21 **IT IS SO ORDERED.**

22 Dated: December 30, 2009

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stip & Order/Kevin Miller              -2-