DANIEL J. BRODERICK, #89424
Federal Defender
RACHELLE D. BARBOUR, Bar #185395
Research and Writing Attorney
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LISA KAY GRECO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              ) | No. MAG-09-364-EFB |
|                                        ) | |
|              Plaintiff,                ) | |
|                                        ) | STIPULATION AND ORDER |
|      v.                                ) | |
|                                        ) | |
| LISA KAY GRECO,                        ) | Date:  January 26, 2010 |
|                                        ) | Time:  2:00 p.m. |
|              Defendant.                ) | Judge: Hon. Kimberly J. Mueller |
|                                        ) | |
| _____ ) | |

     It is hereby stipulated and agreed to between the United States of America through PAUL HEMESATH, Assistant U.S. Attorney, and defendant, LISA KAY GRECO, by and through her counsel, RACHELLE BARBOUR, of the Federal Defender's Office, that the hearing of January 7, 2010 be vacated and continued for further hearing to January 26, 2010 at 2:00 p.m. for status on a Rule 20 proceeding.

     This continuance is being requested to provide additional time for the parties to discuss the possibility of a Rule 20 transfer to Sacramento, and for the government to obtain the necessary authorization to do so.

1     To afford time to complete these tasks, the parties agree that
2 speedy trial time be excluded from the date of this order through the
3 date of the hearing set for January 26, 2010 pursuant to
4 18 U.S.C. § 3161(h)(G)[pending transfer from other district](Local Code
5 F) and 18 U.S.C. § 3161(h)(8)(B)(iv) [reasonable time to prepare]
6 (Local Code T4).

Dated:   January 6, 2010

                                Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender


                                /s/ Rachelle Barbour
                                _____
                                RACHELLE BARBOUR
                                Research and Writing Attorney
                                Attorney for Defendant
                                LISA KAY GRECO


                                BENJAMIN WAGNER
                                United States Attorney

Dated:   January 6, 2010        /s/ Rachelle Barbour for
                                _____
                                PAUL HEMESATH
                                Assistant U.S. Attorney


**IT IS SO ORDERED.**

DATED: January 6, 2010.

                                *Dale A. Drozd*
                                _____
                                DALE A. DROZD
                                UNITED STATES MAGISTRATE JUDGE


Ddad1/orders.criminal/greco0364.stipord