```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  RACHELLE D. BARBOUR, Bar #185395
    Research and Writing Attorney
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    LISA KAY GRECO
 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,    )  No. MAG-09-364-EFB
                                 )
13              Plaintiff,       )
                                 )  STIPULATION AND ORDER
14       v.                      )
                                 )
15  LISA KAY GRECO,              )  Date:  February 24, 2010
                                 )  Time:  2:00 p.m.
16              Defendant.       )  Judge: Duty Magistrate Judge
                                 )
17  _____)

18
```

19       It is hereby stipulated and agreed to between the United States of
20  America through PAUL HEMESATH, Assistant U.S. Attorney, and defendant,
21  LISA KAY GRECO, by and through her counsel, RACHELLE BARBOUR, of the
22  Federal Defender's Office, that the hearing of January 26, 2010 be
23  vacated and continued for further hearing to February 24, 2010 at 2:00
24  p.m. for status on a Rule 20 proceeding.
25       This continuance is being requested to provide additional time for
26  the parties to discuss the possibility of a Rule 20 transfer to
27  Sacramento, and for the government to obtain the necessary
28  authorization to do so.  Defense counsel has spoken with the AUSA in

1  South Carolina who is prosecuting the case.  That AUSA is willing to
2  reach a plea agreement and arrange for transfer of the case under Rule
3  20 for plea and sentencing in Sacramento.
4      To afford time to complete these tasks, the parties agree that
5  speedy trial time be excluded from the date of this order through the
6  date of the hearing set for February 24, 2010 pursuant to
7  18 U.S.C. § 3161(h)(G)[pending transfer from other district](Local Code
8  F) and 18 U.S.C. § 3161(h)(8)(B)(iv) [reasonable time to prepare]
9  (Local Code T4).

10 Dated:   January 25, 2010
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


                                    /s/ Rachelle Barbour
                                    _____
                                    RACHELLE BARBOUR
                                    Research and Writing Attorney
                                    Attorney for Defendant
                                    LISA KAY GRECO



                                    BENJAMIN WAGNER
                                    United States Attorney

20 Dated:   January 25, 2010        /s/ Rachelle Barbour for
                                    _____
                                    PAUL HEMESATH
                                    Assistant U.S. Attorney



24 **IT IS SO ORDERED.**
25 Dated: January 25, 2010.

                                    _____
                                    U.S. MAGISTRATE JUDGE

Stip & Order                        -2-