1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Research and Writing Attorney
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   LISA KAY GRECO
7

8



**FILED**

MAR 1 5 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,      )   No. MAG-09-364-EFB
                                  )
13             Plaintiff,         )
                                  )   STIPULATION AND ORDER TO
14     v.                         )   EXONERATE UNSECURED BOND
                                  )
15 LISA KAY GRECO,                )
                                  )
16             Defendant.         )
                                  )
17 _____  )

18

19        On December 18, 2009, Defendant Lisa Greco was released from

20 custody by this Court.  Her ex-husband Alan Sweene, with who she was

21 living at the time of arrest, co-signed an unsecured bond on her

22 behalf.  Sadly, on February 18, 2010, Mr. Sweene committed suicide.

23 The administrator of his estate has contacted the attorneys in this

24 case to request that the bond be exonerated as to Mr. Sweene and his

25 estate.  The pretrial services officer was consulted and indicated that

26 she would be satisfied with a $50,000 unsecured bond signed by Ms.

27 Greco alone.  Accordingly, a $50,000 unsecured bond signed by Ms. Greco

28 is being filed along with this stipulation, and the parties stipulate

1 | that the original bond, signed by Mr. Sweene and filed on December 18,
2 | 2009, be exonerated and replaced by the new bond.

3 |   For the Court's convenience, a proposed order follows.

4 | Dated: March 15, 2010

                                  Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender


                                  /s/ Rachelle Barbour
                                  _____
                                  RACHELLE BARBOUR
                                  Research and Writing Attorney
                                  Attorney for Defendant
                                  LISA KAY GRECO


                                  BENJAMIN WAGNER
                                  United States Attorney

Dated: March 15, 2010             /s/ Rachelle Barbour for
                                  _____
                                  PAUL HEMESATH
                                  Assistant U.S. Attorney

**ORDER**

   The $50,000 unsecured appearance bond filed on December 18, 2009, co-signed by Alan Sweene, is hereby exonerated as to Mr. Sweene and his estate.  That bond will be replaced by a $50,000 unsecured bond signed by Ms. Greco only.

   **IT IS SO ORDERED.**


Dated:  *March 15* , 2010


                                  _____
                                  United States Magistrate Judge


Stip & Order/Kevin Miller                -2-