

FILED

MAR 22 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Research and Writing Attorney
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   LISA KAY GRECO
7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,        ) No. MAG-09-364-EFB
                                    )
13              Plaintiff,          )
                                    ) STIPULATION AND ORDER
14      v.                          )
                                    )
15 LISA KAY GRECO,                  ) Date:  April 28, 2010
                                    ) Time:  2:00 p.m.
16              Defendant.          ) Judge: Hon. Kendall J. Newman
                                    )
17 _____  )

18

19      It is hereby stipulated and agreed to between the United States of

20 America through PAUL HEMESATH, Assistant U.S. Attorney, and defendant,

21 LISA KAY GRECO, by and through her counsel, RACHELLE BARBOUR, of the

22 Federal Defender's Office, that the hearing of March 25, 2010 be

23 vacated and continued for further hearing to April 28, 2010 at 2:00

24 p.m., before Magistrate Judge Kendall J. Newman for status on a Rule 20

25 proceeding.

26      This continuance is being requested because the defense has

27 received a plea offer and Rule 20 paperwork from the government in

28 South Carolina, and it is anticipated that the parties will finalize a

1  plea agreement and arrange to transfer the case to the Eastern District
2  of California.  The parties are negotiating a final plea agreement.
3       To afford time to complete these tasks, the parties agree that
4  speedy trial time be excluded from the date of this order through the
5  date of the hearing set for April 28, 2010 pursuant to
6  18 U.S.C. § 3161(h)(G) [pending transfer from other district](Local Code
7  F) and 18 U.S.C. § 3161(h)(8)(B)(iv) [reasonable time to prepare]
8  (Local Code T4).
9  Dated: March 22, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender


/s/ Rachelle Barbour

RACHELLE BARBOUR
Research and Writing Attorney
Attorney for Defendant
LISA KAY GRECO



BENJAMIN WAGNER
United States Attorney

Dated: March 22, 2010        /s/ Rachelle Barbour for

PAUL HEMESATH
Assistant U.S. Attorney



**IT IS SO ORDERED.**

Dated: _March 22_, 2010

_Dale A. Drozd_

United States Magistrate Judge



Stip & Order/Kevin Miller              -2-