```
DANIEL J. BRODERICK, #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Research and Writing Attorney
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
LISA KAY GRECO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:09-mj-00364-EFB |
| Plaintiff, | |
| | STIPULATION AND ORDER |
| v. | |
| LISA KAY GRECO, | Date:  May 26, 2010 |
| | Time:  2:00 p.m. |
| Defendant. | Judge: Hon. Dale A. Drozd |

It is hereby stipulated and agreed to between the United States of America through PAUL HEMESATH, Assistant U.S. Attorney, and defendant, LISA KAY GRECO, by and through her counsel, RACHELLE BARBOUR, of the Federal Defender's Office, that the hearing of April 28, 2010 before Judge Newman be vacated and continued for further hearing to May 26, 2010 at 2:00 p.m. before Judge Drozd for status on a Rule 20 proceeding.

This continuance is being requested because the defense has reached a plea agreement with the government and has signed the Rule 20 paperwork to transfer the case to the Eastern District of California.

    To afford time for the government to sign the Rule 20 document and for the South Carolina court to transfer the case, the parties agree that speedy trial time be excluded from the date of this order through the date of the hearing set for May 26, 2010 pursuant to 18 U.S.C. § 3161(h)(G)[pending transfer from other district](Local Code F) and 18 U.S.C. § 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

Dated: April 26, 2010

    Respectfully submitted,

    DANIEL J. BRODERICK
    Federal Defender


    /s/ Rachelle Barbour
    _____
    RACHELLE BARBOUR
    Research and Writing Attorney
    Attorney for Defendant
    LISA KAY GRECO



    BENJAMIN WAGNER
    United States Attorney


Dated: April 26, 2010    /s/ Rachelle Barbour for
    _____
    PAUL HEMESATH
    Assistant U.S. Attorney


**IT IS SO ORDERED.**

Dated: April 26, 2010



    _____
    KENDALL J. NEWMAN
    UNITED STATES MAGISTRATE JUDGE

-2-