```
DANIEL J. BRODERICK, #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Research and Writing Attorney
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
LISA KAY GRECO
```

FILED

MAY 21 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ak
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. MAG-09-364-EFB |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | Date: June 24, 2010 |
| LISA KAY GRECO, ) | Time: 2:00 p.m. |
| Defendant. ) | Judge: Hon. Gregory G. Hollows |

It is hereby stipulated and agreed to between the United States of America through PAUL HEMESATH, Assistant U.S. Attorney, and defendant, LISA KAY GRECO, by and through her counsel, RACHELLE BARBOUR, of the Federal Defender's Office, that the hearing of May 26, 2010 be vacated and continued for further hearing to June 24, 2010 at 2:00 p.m. for status on a Rule 20 proceeding.

This continuance is being requested because the defense has reached a plea agreement with the government and all the parties have signed the Rule 20 paperwork to transfer the case to the Eastern District of California. That paperwork has been received in the

transmitting district, the District of South Carolina, but the case has not yet been transferred to our district.

To afford time for the South Carolina court to transfer the case, the parties agree that speedy trial time be excluded from the date of this order through the date of the hearing set for June 24, 2010 pursuant to 18 U.S.C. § 3161(h)(G) [pending transfer from other district](Local Code F) and 18 U.S.C. § 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

Dated: May 21, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Rachelle Barbour

RACHELLE BARBOUR
Research and Writing Attorney
Attorney for Defendant
LISA KAY GRECO


BENJAMIN WAGNER
United States Attorney

Dated: May 21, 2010

/s/ Rachelle Barbour for

PAUL HEMESATH
Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated: May 21, 2010

_[signature]_
United States Magistrate Judge

Stip & Order/Kevin Miller                -2-