```
DANIEL J. BRODERICK, #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Research and Writing Attorney
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
LISA KAY GRECO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>LISA KAY GRECO,<br><br>    Defendant.<br>_____ | No. 2:09-mj-00364-EFB<br><br>STIPULATION AND ORDER<br><br>Date: August 26, 2010<br>Time: 2:00 p.m.<br>Judge: Hon. Kendall J. Newman |

   It is hereby stipulated and agreed to between the United States of America through PAUL HEMESATH, Assistant U.S. Attorney, and defendant, LISA KAY GRECO, by and through her counsel, RACHELLE BARBOUR, of the Federal Defender's Office, that the hearing of July 29, 2010 before Magistrate Judge Kendall J. Newman be vacated and continued for further hearing to August 26, 2010 at 2:00 p.m. before Magistrate Kimberly J. Mueller for status on a Rule 20 proceeding.

   This continuance is being requested because the defense has reached a plea agreement with the government and all the parties have signed the Rule 20 paperwork to transfer the case to the Eastern

District of California.  That paperwork has been received and filed in the transmitting district, the District of South Carolina, which has transferred its case to our district.  The paperwork was received in our district, but a new felony case has not yet been opened and assigned.

To afford time for the case to be opened and assigned, the parties agree that speedy trial time be excluded from the date of this order through the date of the hearing set for August 26, 2010 pursuant to 18 U.S.C. § 3161(h)(G)[pending transfer from other district](Local Code F) and 18 U.S.C. § 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

Dated: July 27, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender


/s/ Rachelle Barbour
_____
RACHELLE BARBOUR
Research and Writing Attorney
Attorney for Defendant
LISA KAY GRECO


BENJAMIN WAGNER
United States Attorney

Dated: July 27, 2010                    /s/ Rachelle Barbour for
                                        _____
                                        PAUL HEMESATH
                                        Assistant U.S. Attorney


**IT IS SO ORDERED**.

Dated: <u>July 28, 2010</u>

/s/ Kendall J. Newman
KENDALL J. NEWMAN
United States Magistrate Judge

-2-